IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:00-CR-00101(HRH-JDR) |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DANA MATHEWS, ) | |
| ) | **ORDER AND FINAL DECREE** |
| Defendant ) | **OF WRIT OF GARNISHMENT OF** |
| ) | **WAGES** |
| ) | |
| ) | |
| _____ ) | |

      A Writ of Garnishment was issued April 11th, 2012, at Docket 67, and served on the Garnishee MQC Enterprises, Inc. The Garnishee filed an Answer stating at the time of service of the Writ, the defendant Dana Mathews was a regular employee, paid on a weekly basis, and that they had in their possession and control net weekly wages in the sum of $267.09 each week.

On June 22, 2012, the service on the defendant was completed and she was notified of her right to a hearing, and has not requested a hearing to determine exempt property. Defendant's right to object to the garnishment is now in default pursuant to 28 U.S.C. § 3205(c)(7).

IT IS HEREBY ORDERED:

1. That garnishee MQC Enterprises shall withhold from defendant's wages the sum of $49.59 per week to be paid to the United States District Court, and that garnishee shall continue to make said payments until the restitution judgment debt is satisfied; until the garnishee no longer has custody, possession, or control of any property belonging to the debtor; or until further order of this court.

2. That said funds shall be released by check made payable to the "United States District Court" and shall be delivered to the United States District Court, 222 W. 7th Avenue, Box 4, Room 229, Anchorage, AK 99513-7564.

DATED this 30th day of July, 2012, at Anchorage, Alaska.

*/s/ John D. Roberts*
JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE